SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>            Defendant. | Case No. C 10-3606 SI<br><br>**STIPULATED MOTION TO EXTEND THE DATE FOR THE ADR SESSION AND [PROPOSED] ORDER** |

STIPULATED MOTION TO EXTEND THE DATE OF          CASE NO. C 10-3606 SI
THE ADR SESSION AND [PROPOSED] ORDER

Pursuant to stipulation by and between the parties hereto, plaintiff Implicit Networks, Inc. ("Implicit") and defendant Cisco Systems, Inc. ("Cisco"), through their respective attorneys of record, hereby request that the Court extend the date of the ADR Session to the date set forth below.

By stipulation of the parties, and Order of the Court dated October 14, 2010, the deadline to hold the ADR session was set for January 12, 2011. The parties have engaged JAMS to conduct private mediation and scheduled an ADR Session for February 15, 2011. Thus, the parties propose that the current date for the first ADR Session be extended to February 15, 2011.

The parties represent that this extension will not delay any other dates set forth in the current schedule. Accordingly, the parties stipulate and request that the Court order the following deadlines for the following case events:

| Event | Date |
| --- | --- |
| ADR Session | February 15, 2011 |

Dated:  January 3, 2011                                      Respectfully submitted,


                                                             /s/ George F. Bishop
                                                             SPENCER HOSIE (CA Bar No. 101777)
                                                             shosie@hosielaw.com
                                                             BRUCE WECKER (CA Bar No. 078530)
                                                             bwecker@hosielaw.com
                                                             GEORGE F. BISHOP (CA Bar No. 89205)
                                                             gbishop@hosielaw.com
                                                             DIANE S. RICE
                                                             drice@hosielaw.com
                                                             HOSIE RICE LLP
                                                             188 The Embarcadero, Suite 750
                                                             San Francisco, CA 94105

(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*


*/s/ David Nelson*_____
VICTORIA F. MAROULIS
(CA Bar No. 202603)
victoriamaroulis@quinnemanuel.com
MELISSA N. CHAN (CA Bar No. 240228)
melissachan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000 Tel.
(650) 801-5100 Fax

DAVID NELSON *(Pro Hac Vice)*
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
500 West Madison Street, Suite 2450
Chicago, IL  60661
(312) 705-7400 Tel.
(312) 705-7401 Fax

SANJAY M. NANGIA (CA Bar No. 264986)
sanjaynangia@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 Tel.
(415) 875-6700 Fax

*Attorneys For Defendant*
*CISCO SYSTEMS, INC.*

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I, George F. Bishop, attest that the above signatories for the Defendants have concurred and consented to the filing of this document.

DATED: January 3, 2011

                                                */s/ George F. Bishop*_____
                                                George F. Bishop

1  **PURSUANT TO STIPULATION IT IS ORDERED THAT**

2  The parties to this action will comply with the date set forth in the accompanying

3  Stipulated Motion.

4

5  Dated:  January __, 2011                    _____

6                                                                      Honorable Susan Illston
                                                                          U.S. DISTRICT COURT JUDGE