QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Victoria F. Maroulis (SBN 202603)
  victoriamaroulis@quinnemanuel.com
  Melissa N. Chan (SBN 240228)
  melissachan@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  David Nelson (*pro hac vice*)
  davenelson@quinnemanuel.com
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Sanjay M. Nangia (SBN 264986)
  Email: sanjaynangia@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for Defendant CISCO SYSTEMS, INC.

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

Attorneys for Plaintiff IMPLICIT NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>                    Plaintiff,<br><br>         v.<br><br>CISCO SYSTEMS, INC.,<br><br>                    Defendant. | **Case No.  10-CV-03606 (SI)**<br><br>**STIPULATED MOTION TO EXTEND THE DATE FOR THE ADR SESSION AND [PROPOSED] ORDER**<br><br>The Honorable Susan Illston |

1  Pursuant to stipulation by and between the parties hereto, plaintiff Implicit Networks, Inc.
2  ("Implicit") and defendant Cisco Systems, Inc. ("Cisco"), through their respective attorneys of
3  record, hereby request that the Court extend the date of the ADR Session to the date set forth
4  below.
5  By stipulation of the parties, and Order of the Court dated January 10, 2011, the deadline
6  to hold the ADR session was set for February 15, 2011. The parties intend to use JAMS to conduct
7  private mediation. The parties propose that the current date for the first ADR Session be extended
8  to May 20, 2011.
9  The parties represent that this extension will not delay any other dates set forth in the
10 current schedule. Accordingly, the parties stipulate and request that the Court order the following
11 deadlines for the following case events:

| Event | Date |
| --- | --- |
| ADR Session | May 20, 2011 |

-1-
STIPULATED MOTION TO EXTEND THE DATE                         CASE NO. 10-CV-03606-SI
OF THE ADR SESSION AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | DATED: February 15, 2011 | HOSIE RICE LLP |
| 2 | | |
| 3 | | By: /s/ Spencer Hosie                                    .<br>SPENCER HOSIE (CA Bar No. 101777)<br>shosie@hosielaw.com |
| 4 | | GEORGE F. BISHOP (CA Bar No. 89205)<br>gbishop@hosielaw.com |
| 5 | | DIANE S. RICE (CA Bar No. 118303)<br>drice@hosielaw.com |
| 6 | | WILLIAM P. NELSON (CA Bar No. 196091)<br>wnelson@hosielaw.com |
| 7 | | HOSIE RICE LLP |
| 8 | | Transamerica Pyramid, 34th Floor<br>600 Montgomery Street |
| 9 | | San Francisco, CA 94111<br>(415) 247-6000 Tel. |
| 10 | | (415) 247-6001 Fax |
| 11 | | Attorneys for Plaintiff IMPLICIT NETWORKS, INC. |
| 12 | | |
| 13 | DATED: February 15, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 14 | | |
| 15 | | By: /s/ Victoria F. Maroulis                            .<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Victoria F. Maroulis (SBN 202603) |
| 16 | | victoriamaroulis@quinnemanuel.com<br>  Melissa N. Chan (SBN 240228) |
| 17 | | melissachan@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor |
| 18 | | Redwood Shores, CA 94065<br>Telephone:  (650) 801-5000 |
| 19 | | Facsimile:  (650) 801-5100 |
| 20 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  David Nelson (*pro hac vice*) |
| 21 | | davenelson@quinnemanuel.com<br>500 West Madison St., Suite 2450 |
| 22 | | Chicago, Illinois 60661<br>Telephone: (312) 705-7400 |
| 23 | | Facsimile: (312) 705-7401 |
| 24 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Sanjay M. Nangia (SBN 264986) |
| 25 | | Email: sanjaynangia@quinnemanuel.com<br>50 California Street, 22nd Floor |
| 26 | | San Francisco, CA 94111<br>Telephone:  (415) 875-6600 |
| 27 | | Facsimile:  (415) 875-6700 |
| 28 | | |

-2-

STIPULATED MOTION TO EXTEND THE DATE                              CASE NO. 10-CV-03606-SI
OF THE ADR SESSION AND [PROPOSED] ORDER

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I, Victoria F. Maroulis, attest that the above signatories for the Plaintiffs have concurred and consented to the filing of this document.

Dated: February 15, 2011

/s/ Victoria F. Maroulis
Victoria F. Maroulis

1 | **PURSUANT TO STIPULATION IT IS ORDERED THAT**

2 |     The parties to this action will comply with the date set forth in the accompanying

3 | Stipulated Motion.

5 | Dated: February 16, 2011   _____
                                   Honorable Susan Illston
                                   U.S. DISTRICT COURT JUDGE

STIPULATED MOTION TO EXTEND THE DATE      CASE NO. 10-CV-03606-SI
OF THE ADR SESSION AND [PROPOSED] ORDER