SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>　　　　Defendant. | Case No. C 10-3606 SI<br><br>**STIPULATED MOTION TO MOVE DATE FOR CASE MANAGEMENT HEARING AND [PROPOSED] ORDER** |

Plaintiff Implicit Networks, Inc. ("Implicit") and Defendant Cisco Systems, Inc. ("Cisco"), through their respective attorneys of record, hereby stipulate as follows:

WHEREAS The Case Management Conference in this case is currently set for March 11, 2011;

WHEREAS the Case Management Conference for a related patent infringement case brought by Implicit, *Implicit Networks, Inc. v. Citrix Systems, Inc.*, No. C 10-3766 SI, is currently set for February 25, 2011; and

WHEREAS the parties have agreed to move the CMC in this case so that the CMCs for both related cases may occur on the same day:

IT IS HEREBY FURTHER STIPULATED by and between the parties hereto through their respective attorneys of record that

(1) The CMC in this case be moved to February 25, 2011 at 2:30 p.m.; and

(2) The parties' joint case management conference statements may be served and filed no later than Wednesday, February 23, 2011.

Dated: February 18, 2011                QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                        */s/ Victoria F. Maroulis*
                                        Victoria F. Maroulis

Dated: February 18, 2011                HOSIE RICE LLP


                                        */s/ George F. Bishop*
                                        George F. Bishop

STIPULATED MOTION TO MOVE THE DATE FOR        1        CASE NO. C 10-3606 SI
THE CASE MANAGEMENT HEARING AND [PROPOSED] ORDER

1
2  **CERTIFICATION PURSUANT TO GENERAL ORDER 45**
3   Pursuant to General Order 45X.B, I, George F. Bishop, attest that the above
4  signatories for the Defendants have concurred and consented to the filing of this document.
5  DATED: February 18, 2011
6
7  　　　　　　　　　　　　　　　　　　　　／s／ George F. Bishop_____
　　　　　　　　　　　　　　　　　　　　George F. Bishop
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED MOTION TO MOVE THE DATE FOR　　2　　CASE NO. C 10-3606 SI
THE CASE MANAGEMENT HEARING AND [PROPOSED] ORDER

1 **PURSUANT TO STIPULATION IT IS SO ORDERED**

3 Dated: February 22 2011

_____
Honorable Susan Illston
U.S. DISTRICT COURT JUDGE