SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant. | Case No. C 10-3606 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING TIME FOR INFRINGEMENT CONTENTIONS AND ACCOMPANYING DOCUMENT PRODUCTION PURSUANT TO CIVIL L.R. 6-2(A)** |

By this stipulation, plaintiff Implicit Networks, Inc., ("Plaintiff") and defendant Cisco Systems, Inc. hereby stipulate and request an order changing time to postpone the due date for Plaintiff's infringement contentions and accompanying document production until March 28, 2011, from March 25, 2011. This extension of time will provide Plaintiff the time necessary to prepare its infringement contentions pursuant to Patent L.R. 3-1 and 3-2. *See* Declaration of William P. Nelson In Support Of Order Changing Time Pursuant to Civil L.R. 6-2(a) filed herewith. No other due dates set forth in the Court's March 3 Stipulated Scheduling Order (Dkt. No. 46) are to be changed by this stipulation.

Dated: March 24, 2011 **HOSIE RICE LLP**

By: /s/ *William P. Nelson*
William P. Nelson
Attorney for Plaintiff
IMPLICIT NETWORKS, INC.

**QUINN EMMANUEL LLP**

By: /s/ *Victoria Maroulis*
Victoria Maroulis
Attorney for Defendant
CISCO SYSTEMS, INC.

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED: March 24, 2011

/s/ *William P. Nelson*
William P. Nelson

STIPULATION AND PROPOSED ORDER CHANGING TIME     1     Case No. C 10-3606 SI

**PURSUANT TO STIPULATION IT IS ORDERED THAT** the March 3, 2011 Stipulated Case Management Scheduling Order in this action is amended such that Plaintiff's infringement contentions and accompanying document production is due on March 28, 2011.

Dated: March _24, 2011    _____
Honorable Susan Illston
U.S. DISTRICT COURT JUDGE