1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Victoria F. Maroulis (SBN 202603)
2    victoriamaroulis@quinnemanuel.com
     Melissa N. Chan (SBN 240228)
3    melissachan@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, CA 94065
   Telephone:  (650) 801-5000
5  Facsimile:  (650) 801-5100

6  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     David Nelson (*pro hac vice*)
7    davenelson@quinnemanuel.com
   500 West Madison St., Suite 2450
8  Chicago, Illinois 60661
   Telephone: (312) 705-7400
9  Facsimile: (312) 705-7401

10 QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Sanjay M. Nangia (SBN 264986)
11   Email: sanjaynangia@quinnemanuel.com
   50 California Street, 22nd Floor
12 San Francisco, CA 94111
   Telephone:  (415) 875-6600
13 Facsimile:  (415) 875-6700

14 Attorneys for CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IMPLICIT NETWORKS, INC., | Case No.  10-CV-03606 (SI) |
|---|---|
| Plaintiff, | STIPULATION AND [P~~ROPOSED~~] ORDER CHANGING TIME FOR INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENT PRODUCTION PURSUANT TO CIVIL L.R. 6-2(A) |
| v. | |
| CISCO SYSTEMS, INC., | |
| Defendant. | |

By this stipulation, plaintiff Implicit Networks, Inc. and defendant Cisco Systems, Inc. ("Cisco") hereby stipulate and request an order changing time to postpone the due date for Cisco's invalidity contentions and accompanying document production until July 22, 2011, from May 9, 2011.  This extension of time will align Cisco's deadline with the deadlines in the related cases brought by plaintiff against Juniper Networks, Inc. (Case No. C 10-4234 SI) and F5 Networks, Inc. (Case No. 10-CV-3365), and will provide Cisco the time necessary to prepare its invalidity contentions pursuant to Patent L.R. 3-3 and 3-4.  *See* Declaration of Melissa N. Chan In Support Of Order Changing Time Pursuant to Civil L.R. 6-2(a), filed concurrently herewith.  No other due dates set forth in the Court's March 3, 2011 Stipulated Case Management Schedule and Order (Dkt. No. 46, Ex. A) are to be changed by this stipulation.

DATED: May 5, 2011                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/  Melissa N. Chan*
     Melissa N. Chan
     Attorneys for Defendant
     CISCO SYSTEMS, INC.

HOSIE RICE LLP

DATED: May 5, 2011                    By  */s/  Spencer Hosie*
     Spencer Hosie
     Attorney for Plaintiff
     IMPLICIT NETWORKS, INC.

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED:  May 5, 2011

*/s/  Melissa N. Chan*
Melissa N. Chan

1  **PURSUANT TO STIPULATION IT IS ORDERED THAT** the March 3, 2011
2  Stipulated Case Management Schedule and Order in this action is amended such that Cisco's
3  invalidity contentions and accompanying document production are due on July 22, 2011.

5  Dated: May 5, 2011            _____
                                  Honorable Susan Illston
6                                 U.S. DISTRICT COURT JUDGE

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Victoria F. Maroulis (SBN 202603)
2    victoriamaroulis@quinnemanuel.com
   Melissa N. Chan (SBN 240228)
3    melissachan@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, CA 94065
   Telephone: (650) 801-5000
5  Facsimile: (650) 801-5100

6  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   David Nelson (*pro hac vice*)
7    davenelson@quinnemanuel.com
   500 West Madison St., Suite 2450
8  Chicago, Illinois 60661
   Telephone: (312) 705-7400
9  Facsimile: (312) 705-7401

10 QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Sanjay M. Nangia (SBN 264986)
11   Email: sanjaynangia@quinnemanuel.com
   50 California Street, 22nd Floor
12 San Francisco, CA 94111
   Telephone: (415) 875-6600
13 Facsimile: (415) 875-6700

14 Attorneys for CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | **Case No. 10-CV-03606 (SI)** <br><br> **DECLARATION OF MELISSA N. CHAN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CHANGING TIME FOR INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENT PRODUCTION PURSUANT TO CIVIL L.R. 6-2(A)** |

I, Melissa N. Chan, declare as follows:

1. I am an associate with the law firm of Quinn Emanuel Urquhart & Sullivan LLP and counsel for Defendant Cisco Systems, Inc. ("Cisco"). I submit this declaration in support of the parties' stipulation and proposed order changing time for Cisco's invalidity contentions and accompanying document production, pursuant to Civil L.R. 6-2. I am personally familiar with and knowledgeable about the facts stated in this declaration and if called upon could and would testify competently as to the statements made herein..

2. Through this declaration and the parties' Stipulation and [Proposed] Order Changing Time for Invalidity Contentions and Accompanying Document Production Pursuant to Civil L.R. 6-2(a), Cisco requests to move the due date for its invalidity contentions and accompanying document production (Patent L.R. 3-3 and 3-4) from May 9, 2011 to July 22, 2011.

3. On March 3, 2011, the Court entered an Order on the Case Management Schedule for *Implicit Networks, Inc. v. Cisco Systems, Inc.*, Case No. CV-10-3606 SI; *Implicit Networks, Inc. v. F5 Networks, Inc.,* Case No. CV-10-3365 SI ("F5"); *Implicit Networks, Inc. v. Citrix Systems, Inc.*, CV-10-3766 SI ("Citrix"); *Implicit Networks, Inc. v. Hewlett-Packard Company*, CV-10-3746 SI ("HP"); *Implicit Networks, Inc. v. Juniper Networks, Inc.*, CV-10-4234 SI ("Juniper") (collectively, the "Implicit Related Cases"). (Dkt. No. 46.) In that Order, the parties stipulated, and the Court ordered, that the deadline for invalidity contentions in the HP, F5, Citrix and Cisco cases be set on May 9, 2011, and that the deadline for invalidity contentions in the Juniper case be set on July 22, 2011. (*Id.*, Ex. A.)

4. I understand that the Court has dismissed the Citrix case with prejudice. (*See Implicit Networks, Inc. v. Citrix Systems, Inc.*, CV-10-3766 SI, Dkt. No. 49.)

5. I understand from counsel for F5 Networks that F5 has reached an agreement with plaintiff to extend F5's deadline for invalidity contentions to July 22, 2011.

6. To maintain consistency in the deadlines for invalidity contentions amongst most of the Implicit Related Cases (Cisco, F5, Juniper), Cisco respectfully requests that its deadline for invalidity contentions also be set for July 22, 2011. The additional time is also necessary for Cisco to be able to complete its invalidity contentions.

7. The parties previously modified the scheduling order in this case on September 1, 2010, stipulating to postpone by 45 days the due date for Cisco's answer to Plaintiff's Complaint. Dkt. No. 10.

8. The parties further previously modified the scheduling order in this case on January 1, 2011, stipulating to postpone from January 12, 2011 to February 15, 2011 the deadline to hold an ADR session. Dkt. Nos. 33, 35.

9. The parties further previously modified the scheduling order in this case on February 15, 2011, stipulating to postpone from February 15, 2011 to May 20, 2011 the deadline to hold an ADR session. Dkt. Nos. 39, 40.

10. The requested time modification should not have any effect on the remainder of the schedule for this case.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: May 5, 2011
QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Melissa N. Chan
    Melissa N. Chan
    Attorneys for Defendant
    CISCO SYSTEMS, INC.