| | |
|---|---|
| 1 | Richard L. Seabolt (SBN 67469) |
| 2 | **DUANE MORRIS LLP**<br>One Market, Spear Tower, Suite 2200 |
| 3 | San Francisco, California 94105-1104<br>Telephone: (415) 957-3000 |
| 4 | Facsimile: (415) 957-3001<br>E-mail: RLSeabolt@duanemorris.com |
| 5 | |
| 6 | Attorney for CISCO SYSTEMS, INC. |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IMPLICIT NETWORKS, INC., | Case No.: 10-cv-03606 (SI) |
| Plaintiff, | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT CISCO SYSTEMS, INC.; [~~PROPOSED~~] ORDER** |
| v. | |
| CISCO SYSTEMS, INC., | |
| Defendant(s). | Judge: Susan Illston |

PLEASE TAKE NOTICE that Defendant Cisco Systems, Inc. ("Cisco") has retained Duane Morris LLP to substitute as counsel for Quinn Emanuel Urquhart & Sullivan, LLP in the above-captioned matter.

Withdrawing counsel for Cisco are:

> Victoria F. Maroulis
> Quinn Emanuel Urquhart & Sullivan, LLP
> 555 Twin Dolphin Drive, 5th Floor
> Redwood Shores, CA 94065
> Telephone: (650) 801-5000
> Email: victoriamaroulis@quinnemanuel.com

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT CISCO SYSTEMS, INC.

Melissa N. Chan
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Email: melissachan@quinnemanuel.com

David Nelson
Quinn Emanuel Urquhart & Sullivan, LLP
500 West Madison Street, Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Email: davenelson@quinnemanuel.com

Sanjay M. Nangia
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Email: sanjaynangia@quinnemanuel.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Cisco:

Richard L. Seabolt
Duane Morris LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: rlseabolt@duanemorris.com

L. Norwood Jameson
Duane Morris LLP
1180 West Peachtree Street, Suite 700
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
Email: wjameson@duanemorris.com
(*pro hac vice* application pending)

Matthew C. Gaudet
Duane Morris LLP
1180 West Peachtree Street, Suite 700
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
Email: mcgaudet@duanemorris.com
(*pro hac vice* application pending)


John R. Gibson
Duane Morris LLP
1180 West Peachtree Street, Suite 700
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
Email: jrgibson@duanemorris.com
(*pro hac vice* application pending)


Jennifer H. Forté
Duane Morris LLP
1180 West Peachtree Street, Suite 700
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
Email: jhforte@duanemorris.com
(*pro hac vice* application pending)

1

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT CISCO SYSTEMS, INC.

The undersigned parties consent to the above withdrawal and substitution this 25th day of July, 2011.

CISCO SYSTEMS, INC.

By: _____
William Silverio, Senior Corporate Counsel,
IP Litigation

DUANE MORRIS LLP

By: __/s/ Richard L. Seabolt_____
Richard L. Seabolt
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
Telephone: (415) 957-3000
Facsimile: (415) 957-3001

L. Norwood Jameson
(*pro hac vice* application pending)
Matthew C. Gaudet
(*pro hac vice* application pending)
John R. Gibson
(*pro hac vice* application pending)
Jennifer H. Forté
(*pro hac vice* application pending)
1180 West Peachtree Street, Suite 700
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: ___/s/ Victoria F. Maroulis_____
Victoria F. Maroulis
Melissa N. Chan
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

David Nelson (*pro hac vice*)
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Sanjay M. Nangia
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 578-6700

1

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT CISCO SYSTEMS, INC.

I, Richard L. Seabolt, am the ECF User whose identification and password are being used to file this Notice of Withdrawal and Substitution of Counsel. In Compliance with General Order 45.X.B., I hereby attest that Victoria Maroulis of Quinn Emanuel Urquhart & Sullivan, LLP has concurred in this filing.

DATED: July 25, 2011

DUANE MORRIS LLP

__/s/ Richard L. Seabolt__
Richard L. Seabolt

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: __7/28/11__

JUDGE OF THE UNITED STATES DISTRICT COURT