1  SPENCER HOSIE (CA Bar No. 101777)
   shosie@hosielaw.com
2  GEORGE F. BISHOP (CA Bar No. 89205)
   gbishop@hosielaw.com
3  DIANE S. RICE (CA Bar No. 118303)
   drice@hosielaw.com
4  WILLIAM P. NELSON (CA Bar No. 196091)
   wnelson@hosielaw.com
5  HOSIE RICE LLP
6  Transamerica Pyramid, 34th Floor
   600 Montgomery Street
7  San Francisco, CA 94111
    (415) 247-6000 Tel.
8  (415) 247-6001 Fax

9  *Attorneys for Plaintiff*
10 *IMPLICIT NETWORKS, INC.*

11                UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                       SAN FRANCISCO DIVISION

13 IMPLICIT NETWORKS, INC.,
                                           Case No. C 10-3606 SI
14            Plaintiff,
                                           **[P~~ROPOSED~~] ORDER OF DISMISSAL
15 v.                                      WITH PREJUDICE**

16 CISCO SYSTEMS, INC.,

17            Defendant.

18

---

[PROPOSED] ORDER OF DISMISSAL                              CASE NO. C 10-3606 SI
WITH PREJUDICE

On this day, Plaintiff Implicit Networks, Inc. ("*Implicit*") and Defendant Cisco Systems, Inc. ("*Cisco*"), announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims against Cisco by Implicit and against Implicit by Cisco herein are dismissed with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

This is a final judgment.

Signed this __3rd__ day of __Oct._____, 2011.

_____
JUDGE SUSAN ILLSTON
U.S. District Court

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE          1          CASE NO. C 10-3606 SI